## MOTION AND PROCEDURAL RULINGS

**2007–2027. State v. Powell.**
Lucas C.P. No. G4801CR02006035. On application for reopening under S.Ct.Prac.R. 11.6. Application denied.
FRENCH, J., dissents and would grant the application as to Proposition of Law No. I.

**2011–1714. Shepherd ex rel. v. Henson.**
In Mandamus. On motion to vacate void judgments. Motion denied.

**2011–1802. Shepherd ex rel. [Shepherd] v. Farmer.**
In Mandamus. On motion to vacate void judgments. Motion denied.

**2013–0680. State v. Brown.**
Lucas App. No. L–09–1263, 2011-Ohio-137. On motion for delayed appeal. Motion denied.
KENNEDY and O'NEILL, JJ., dissent.

**2013–0690. State v. Jones.**
Butler App. No. CA2012–04–077, 2013-Ohio-654. On motion for delayed appeal. Motion granted.
O'CONNOR, C.J., and LANZINGER and FRENCH, JJ., dissent.

**2013–0700. State v. Outlaw.**
Cuyahoga App. No. 99379. On motion for delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2013–0718. State v. Gross.**
Lake App. No. 2011–L–073, 2012-Ohio-3020. On motion for delayed appeal. Motion denied.

**2013–0722. State v. Cochrane.**
Franklin App. No. 11AP–991, 2012-Ohio-5856. On motion for delayed appeal. Motion granted.
O'CONNOR, C.J., and LANZINGER and FRENCH, JJ., dissent.

**2013–0737. Wasserman v. Copsey.**
Sandusky App. No. S–12–008, 2013-Ohio-1274. On motion for stay of Haldon and Sandra Copsey. Motion denied.
O'DONNELL and O'NEILL, JJ., dissent.

**2013–0779. In re Guardianship of Lewis.**
Hamilton App. No. C–120837. On emergency motion for stay. Motion denied.

**2013–0805. State v. Black.**
Ashland App. No. 12–COA–018, 2013-Ohio-976. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' entry filed April 26, 2013:
"Whether the term 'penal or correctional institution of a party state' as used in R.C. 2963.30, includes county jails."
The conflict case is *State v. Wyer*, 8th Dist. No. 82962, 2003-Ohio-6926.
O'DONNELL, J., dissents.
Sua sponte, cause consolidated with 2013–0552, *State v. Black*, 5th Dist. No. 12–COA–018, 2013-Ohio-976.

## APPEALS ACCEPTED FOR REVIEW

**2013–0465. State ex rel. Morrison v. Beck Energy Corp.**
Summit App. No. 25953, 2013-Ohio-356.
O'DONNELL, J., dissents.

**2013–0552. State v. Black.**
Ashland App. No. 12–COA–018, 2013-Ohio-976. Discretionary appeal accepted and cause consolidated with 2013–0805, *State v. Black*, 5th Dist. No. 12–COA–018, 2013-Ohio-976.
O'DONNELL, J., dissents.